Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Texas

### Sherman Division

| | | |
|---|---|---|
| Al J. Evans Jr. | ) | Case No. _4:23CV169    SDJ/KPJ_ |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | **FILED** |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | MAR 0 3 2023 |
| -v- | ) | |
| Office of Personnel Management | ) | Clerk, U.S. District Court |
| | ) | Eastern District of Texas |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

####     A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Al J. Evans Jr. |
| Street Address | 4160 Gridiron Rd., Apt. 165 |
| City and County | Frisco, Collin |
| State and Zip Code | TX 75034 |
| Telephone Number | (214) 994-0764 |
| E-mail Address | ajejr119@gmail.com |

####     B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Office of Personnel Management |
| Job or Title *(if known)* | General Counsel |
| Street Address | 1900 E. Street NW, Room 7347 |
| City and County | Washington |
| State and Zip Code | DC 20415 |
| Telephone Number | (202) 606-1700 |
| E-mail Address *(if known)* | unknown |

Defendant No. 2

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✓] Federal question                    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 USC 1361
The All Writs Act, 28 USC 1651(a)
5 USC 552
Procedural Due Process under the 5th Amendment

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

    The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

N/A

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On December 5, 2022, after resigning from his federal position, Plaintiff mailed a completed and signed SF3106, Application for Refund of Retirement Deductions, to his former employer, U.S. Citizenship and Immigration Services. Plaintiff received a Notice of Separation dated December 14, 2022, informing him that his Individual Retirement Record (IRR) along with retirement deductions was sent to the Defendant via a Register of Separations. On December 30, 2022, Plaintiff sent an email to Defendant at retire@opm.gov to confirm receipt of his application. On January 7, 2023, the Defendant sent Plaintiff a response requesting his Full Name, Date of Birth, Mailing Address and Agency. Plaintiff responded with a copy of his SF3106 and his separation notice on...

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks no monetary damages. However, he is requesting though an issuance of a Writ of Mandamus that the honorable court order the Defendant to expedite the processing and mailing of his retirement refund deductions. Additionally, Plaintiff is requesting the court to order the Defendant to comply with FOIA statues by performing the proper search internally and provide him with the requested records.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          03/03/2023

Signature of Plaintiff       /s/

Printed Name of Plaintiff    Al J. Evans Jr.

4160 GRIDIRON RD, APT. 160
FRISCO, TX 75034

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney     N/A - Pro Se

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**III. Statement of Claim Cont.**

January 8, 2023. The SF3106 contained all the information requested in Defendant's email response. Defendant responded again on January 13, 2023, asking Plaintiff to also provide his social security number (personal identifying information) and his full name. Keep in mind that, at this point, Defendant would have received Plaintiff's IRR from his former agency. Frustrated with Defendant's lack of candor with researching the agency's internal systems and records, Plaintiff contacts his local congressman Pat Fallon's office for assistance.

Meanwhile, Defendant responds to Plaintiff again on January 23, 2023, explaining that it has many agents responding to email inquiries, and unfortunately, are unable to match up his current inquiries to prior inquiries. Plaintiff did not find this to be a viable reason or excuse for why the leading agency in the federal government on human resources matters is incapable of properly managing a retirement inquiry mailbox. However, it is Plaintiff's position that the Defendant's mismanagement reaches far beyond an improper management of mailbox inquiries.

On January 13, 2023, Congressman Fallon's office sent an inquiry to Defendant's congressional liaison office on Plaintiff's behalf, however Defendant did not provide a response within the expected 30-day timeframe. Therefore, Plaintiff mailed a Freedom of Information Act (FOIA) request to Defendant and the request was received on February 7, 2023. The FOIA office responded to Plaintiff informing him that he would need to contact OPM Retirement Services to obtain further information regarding his SF3106 application. On February 8, 2023, Plaintiff responded to the FOIA office explaining that he has already attempted to contact the retirement office and they were not helpful with his request.

Despite Plaintiff's good faith efforts, the Defendant's FOIA office contends with its inability to further assist with the status of his SF3106 application. Under FOIA statutes, this failure to extend the due diligence of searching and locating requested information constitutes a violation of Plaintiff's rights to access. So, not only there was a failure of Defendant to assist Plaintiff through its retirements mailbox inquiry system, but there was also no response provided to a sitting member of Congress and the refusal by the Defendant to comply with the FOIA. The harm Plaintiff endured was Defendant's violation of his rights to due process causing him financial hardship for unjustified delays in receiving monies due and failure of Defendant's duty to assist him in locating requested records.