THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AL J. EVANS, JR., | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-169-SDJ-KPJ |
| | § | |
| OFFICE OF PERSONNEL MANAGEMENT | § § § § | |

## ORDER OF DISMISSAL

Pending before the Court is Plaintiff Al J. Evans, Jr.'s ("Plaintiff") "Motion to Withdraw Complaint", (the "Motion"), (Dkt. #5), wherein Plaintiff "requests to withdraw his complaint against [Defendant Office of Personnel Management]" as "Plaintiff believes it is not in his best interest to further litigate against the government in this matter." *See* Dkt. #5 at 1.

Federal Rule of Civil Procedure 41(a)(1) provides that a plaintiff may voluntarily dismiss an action without court order in one of two ways: (1) a plaintiff may dismiss an action under Rule 41(a)(1)(A)(i) by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1); or (2) a plaintiff may dismiss an action under Rule 41(a)(1)(A)(ii) by filing "a stipulation of dismissal signed by all parties who have appeared." *Id*. While Plaintiff does not reference Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff is proceeding *pro se* and the Court thus construes his request to "withdraw his complaint" as a request for voluntary dismissal. Defendant Office of Personnel Management ("Defendant") has not yet served either an answer or a

motion for summary judgment. As such, formal court action is not necessary in this case. However, the Court finds that in the interest of efficiency, justice, and maintaining the clarity of the record, an entry of order of dismissal is appropriate.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this entire action, and all claims asserted therein, is **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 22nd day of March, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE